United States District Court
Southern District of Texas
**ENTERED**
June 11, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| EDEN MARIN PORTILLO, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 1:26-CV-542 |
| | § | |
| | § | |
| FACILITY ADMINSTRATOR, PORT ISABEL SERVICE PROCESSING CENTER, | § | |
| | § | |
| | § | |
| Respondents. | § | |

## PERMANENT INJUNCTION

Petitioner Eden Marin Portillo is a national of Honduras currently detained by U.S. immigration authorities at the Port Isabel Service Processing Center in Cameron County, Texas. (*See* Emergency Pet., Doc. 1) Portillo has protection from removal to Honduras. (*See id.* at 1)

Proceeding pro se, Petitioner alleges that Respondents intend to remove him imminently to Mexico and he asserts that doing so would violate his statutory and constitutional rights. (*Id.*; Motion, Doc. 2) He alleges that Respondents have not inquired as to his fear of removal to Mexico, and that he fears such removal due to concerns of chain refoulment.

The Court has issued two Temporary Restraining Orders to maintain the status quo. (Orders, Docs. 7 and 16) On June 10, 2026, the Court held a hearing on Petitioner's request for injunctive relief and heard the arguments of the parties. During the hearing, the Court advised the parties that based on the record and the applicable law, it would enter a permanent injunction with some of the relief that Petitioner requests, to the extent afforded a similarly-situated alien in *Aranda-Gomez v. Bondi*, No. 1:25-cv-258 (S.D. Tex., Feb. 20, 2026).

Accordingly, it is:

**ORDERED** that Petitioner Eden Marin Portillo's Emergency Motion for Preliminary Injunction (Doc. 2) is **GRANTED IN PART AND DENIED IN PART**;

**ORDERED** that Respondents shall not remove Petitioner Eden Marin Portillo to a designated third country less than seven days after providing him with notice of the country to which he will be removed; and

**ORDERED** that Respondents shall comply with the notice and interview provisions of the March 2025 Guidance as to Petitioner, irrespective of whether the Secretary of Homeland Security has determined that the country of removal has provided credible diplomatic assurances that aliens removed to that country will not be persecuted or tortured.

It is also **ORDERED** that Respondents Partial Motion to Dismiss (Doc. 11) is **GRANTED IN PART AND DENIED IN PART**, in accordance with the relief granted in this Permanent Injunction.

The Clerk of Court is directed to close this matter.

Signed on June 11, 2026.

Fernando Rodriguez, Jr.
United States District Judge